IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-11325
Conference Calendar
_____


JAMES BRIAN REED,

                                        Plaintiff-Appellant,

versus

STATE OF TEXAS; 352ND DISTRICT
COURT; BONNIE SUDDERETH,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:01-CV-661-Y
--------------------
February 21, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:*

     James Brian Reed appeals the district court's order
dismissing as frivolous his *pro se* 42 U.S.C. § 1983 lawsuit.  He
has failed to brief any of the district court's bases for
dismissal.  *Pro se* litigants must comply with the requirements of
FED. R. APP. P. 28 that the appellant's argument contain the
reasons he deserves the requested relief with citation to
authorities and parts of the record on which the appellant
relies.  Grant v. Cuellar, 59 F.3d 523, 524 (5th Cir. 1995).  As

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Reed's brief does not satisfy the briefing requirements under FED. R. APP. P. 28 and fails to identify any district court error, it is frivolous and is DISMISSED.  See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

APPEAL DISMISSED.